CLERK'S OFFICE U.S. DIST COURT
AT ROANOKE, VA
FILED

DEC 0 1 2009

JOHN F. CORCORAN, CLERK
BY: /s/
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| HENRY FRANCIS DUNTON III, | ) |
| Plaintiff, | ) Case No. 7:09CV00485 |
| v. | ) FINAL ORDER |
| W.V.R.J., ET AL., | ) By: Glen E. Conrad |
| Defendants. | ) United States District Judge |

In accordance with the accompanying memorandum opinion, it is hereby

## ORDERED

that this civil action is **DISMISSED** without prejudice, pursuant to 42 U.S.C. § 1997e(a) and 28 U.S.C. § 1915A(b)(1), and this action is stricken from the active docket of the court.

ENTER: This 1st day of December, 2009.

/s/ Glen E. Conrad
United States District Judge